IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Amaritza Duarte, | NO. C 09-00479 JW |
| Plaintiff, | **ORDER VACATING PRELIMINARY PRETRIAL CONFERENCE** |
| v. | |
| MZR Inc., et al., | |
| Defendants. | |

This case is scheduled for a Preliminary Pretrial Conference on March 22, 2010. Plaintiff and Defendants separately filed a Preliminary Pretrial Conference Statement. (See Docket Item Nos. 38, 39.) In their Statement, Defendants represent that they intend to file a motion for summary judgment to be noticed for a June 14, 2010 hearing. (Docket Item No. 39 at 2.) Since Defendants' anticipated motion may be dispositive of the case, the Court finds good cause to vacate the Pretrial Conference.

Accordingly, the Court VACATES the March 22 Conference. The Court will set a new Preliminary Pretrial Conference, if necessary, in its order disposing of Defendants' anticipated motion for summary judgment. All dispositive motions shall be filed on or before **April 5, 2010** to secure a spot on the Court's June 14, 2010 Law and Motion calendar.

Dated: March 17, 2010

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Adam Wang adamqwang@gmail.com
Adam Lee Pedersen alpedersen@gmail.com
John Gregory Downing john@downinglaw.com
Luan Thien Le ledowningllp@aol.com

**Dated:  March 17, 2010**                                **Richard W. Wieking, Clerk**

                                                          **By:     /s/ JW Chambers
                                                                Elizabeth Garcia
                                                                Courtroom Deputy**