**\*\* E-filed May 3, 2010 \*\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ARITZA DUARTE, individually and on behalf of others similarly situated,<br><br>  Plaintiff,<br>  v.<br><br>MZR, INC. dba HOPKINS MANOR and GORDON MANOR; ZENAIDA MALLIARI; and DOES 1–10,<br><br>  Defendants.<br>_____/ | No. C09-00479 JW (HRL)<br><br>**ORDER CONTINUING HEARING ON PLAINTIFF'S MOTION TO COMPEL**<br><br>**[Re: Docket No. 47]** |

On April 18, 2010, plaintiff filed a Motion to Compel Production of Documents and set the hearing for May 25, 2010. (Docket No. 47.) Then, on May 3, 2010, plaintiff filed another Motion to Compel Further Responses to Plaintiff's Discovery, setting the hearing for June 8, 2010. (Docket No. 49.) The court finds good cause to hear both of plaintiff's motions to compel on the same day. Accordingly, the hearing on plaintiff's Motion to Compel Production of Documents is CONTINUED to June 8, 2010, to be heard concurrently with his second motion.

**IT IS SO ORDERED.**

Dated: May 3, 2010

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C09-00479 JW (HRL) Notice will be electronically mailed to:**

| | |
|---|---|
| Adam Wang | adamqwang@gmail.com, alpedersen@gmail.com, rosilenda@gmail.com |
| Adam Lee Pedersen | alpedersen@gmail.com |
| John Gregory Downing | john@downinglaw.com |
| Luan Thien Le | ledowningllp@aol.com |

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California