**\*\* E-filed June 17, 2010 \*\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARITZA DUARTE, individually and on behalf of others similarly situated,<br><br>　　Plaintiff,<br>　v.<br><br>MZR, INC. dba HOPKINS MANOR and GORDON MANOR; ZENAIDA MALLARI, incorrectly sued as ZENAIDA MALLIARI; and DOES 1–10,<br><br>　　Defendants.<br>_____/ | No. C09-00479 JW (HRL)<br><br>**ORDER DENYING (1) PLAINTIFF'S MOTIONS TO COMPEL AND FOR A PROTECTIVE ORDER AND (2) DEFENDANTS' MOTION TO COMPEL AND FOR SANCTIONS**<br><br>[Re: Docket Nos. 47, 49, 52, 53, 54 & 56] |

　　Plaintiff Maritza Duarte ("Duarte") brought this action against defendants MZR, Inc. ("MZR") and individual Zenaida Malliari ("Malliari") (collectively, "Defendants") for wage-and-hour violations under the California Labor Code and the Fair Labor Standards Act ("FLSA").

　　Six discovery motions were heard by the Court on June 15, 2010: (1) Plaintiff's motion to compel the production documents (Docket No. 47); (2) Plaintiff's motion to compel further responses to Plaintiff's discovery requests (Docket No. 49); (3) Plaintiff's motion for a protective order (Docket No. 52); (4) Plaintiff's motion to compel the deposition of Malliari (Docket No. 54); (5) Plaintiff's motion to compel the deposition of MZR's Federal Rule of Civil Procedure 30(b)(6) deponent; and (6) Defendants' motion to compel verified responses to Defendants' requests for admissions, document requests, and interrogatories and for sanctions (Docket No. 53).

1  Based on the moving papers and the parties' statements at the June 15 hearing, the Court
2  sees that both Duarte and Defendants have already received their requested relief and laments their
3  failure to withdraw motions in advance of the hearing.[1]  Accordingly, the Court denies all motions
4  as moot.

**IT IS SO ORDERED.**

Dated: June 17, 2010

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

---

[1] At the June 15 hearing, Duarte initially argued that Defendants' responses to Interrogatory Nos. 2, 4, 5, and 16 were insufficient. (*See* Docket No. 49.)  The Court suggested that the answers were fully responsive to the questions posed.  Duarte's counsel retorted that the answers were "unbelievable" and that the Court should require Defendants to offer truthful answers.  Duarte's counsel misunderstands the Court's role here.

**C09-00479 JW (HRL) Notice will be electronically mailed to:**

| | |
|---|---|
| Adam Wang | adamqwang@gmail.com, alpedersen@gmail.com, rosilenda@gmail.com |
| Adam Lee Pedersen | alpedersen@gmail.com |
| John Gregory Downing | john@downinglaw.com |
| Luan Thien Le | ledowningllp@aol.com |

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**