IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Amaritza Duarte, | NO. C 09-00479 JW |
|     Plaintiff, | **ORDER SETTING PRELIMINARY PRETRIAL CONFERENCE** |
|   v. | |
| MZR Inc., et al., | |
|     Defendants. | |

On July 8, 2010, the Court issued an Order Denying Defendants' Motion for Summary Judgment. (Docket Item No. 75.) Since that time, there has been no activity as reflected on the docket of this case. Accordingly, on **May 9, 2011 at 10 a.m**, the parties shall appear for a Preliminary Pretrial Conference. On or before **April 29, 2011**, the parties shall file a Joint Case Management Statement including, *inter alia*, an update on the status of the case and a good faith proposed schedule as to how this case should proceed.

Dated: April 19, 2011

JAMES WARE
United States District Chief Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Adam  Wang adamqwang@gmail.com
Adam Lee Pedersen alpedersen@gmail.com
John Gregory Downing john@downinglaw.com
Luan Thien Le ledowningllp@aol.com

**Dated:  April 19, 2011**                                      **Richard W. Wieking, Clerk**

**By:       /s/ JW Chambers
            Elizabeth Garcia
            Courtroom Deputy**

**United States District Court**
For the Northern District of California