United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Maritza Duarte, | NO. C 09-00479 JW |
|       Plaintiff, | **ORDER TO SHOW CAUSE RE. DISMISSAL** |
|   v. | |
| MZR Inc., et al., | |
|       Defendants. | |

On July 8, 2010, the Court issued an Order Denying Defendants' Motion for Summary Judgment. (Docket Item No. 75.) Since that time, there has been no activity, as reflected on the docket of this case. On April 19, 2011, the Court issued an Order setting the case for a Preliminary Pretrial Conference. (Docket Item No. 76.) On April 29, 2011, the parties filed a Joint Pretrial Conference statement indicating that Defendants settled Plaintiff's claims through mediation. (See Docket Item No. 77.) However, as part of the settlement the parties agreed that Plaintiff would file a Motion with the Court for attorney fees. (Id.)

In light of the parties' representation, the Court vacated the Preliminary Pretrial Conference and ordered Plaintiff's counsel to file his Motion for Fees on or before May 20, 2011. The Court noted that the parties have failed to notify the Court of their settlement and have left this case idle since July 2010. (Docket Item No. 78.) To date, Plaintiff's counsel has failed to file his Motion.

Accordingly, the Court converts the June 27, 2011 hearing on Plaintiff's anticipated Motion for Fees to a hearing on an Order to Show Cause re. Dismissal for lack of prosecution. See Fed. R. Civ. P. 41(b). Plaintiff's counsel shall appear at 9 a.m. to show cause, if any, by actual appearance

in Court, and by certification filed with the Court at least on or before **June 10, 2011**, why this case should not be dismissed for failure to comply with the Court's Order. The certificate shall set forth in factual summary the reason no Motion has been filed to bring this case to a close, as well as the steps Plaintiff is taking to do so.

Dated: May 25, 2011

JAMES WARE
United States District Chief Judge

2

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Adam Wang adamqwang@gmail.com
Adam Lee Pedersen alpedersen@gmail.com
John Gregory Downing john@downinglaw.com
Luan Thien Le ledowningllp@aol.com

**Dated: May 25, 2011**                                **Richard W. Wieking, Clerk**

**By:    /s/ JW Chambers**
         **Susan Imbriani**
         **Courtroom Deputy**