IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Maritza Duarte, | NO. C 09-00479 JW |
| Plaintiff, | **ORDER DISMISSING CASE FOR LACK OF PROSECUTION** |
| v. | |
| MZR Inc., et al., | |
| Defendants. | |

On July 8, 2010, the Court issued an Order Denying Defendants' Motion for Summary Judgment. (Docket Item No. 75.) Since that time, there has been no activity, as reflected on the docket of this case. On April 19, 2011, the Court issued an Order setting the case for a Preliminary Pretrial Conference. (Docket Item No. 76.) On April 29, 2011, the parties filed a Joint Pretrial Conference statement indicating that Defendants settled Plaintiff's claims through mediation. (See Docket Item No. 77.) However, as part of the settlement the parties agreed that Plaintiff would file a Motion with the Court for attorney fees. (Id.) In light of the parties' representation, the Court vacated the Preliminary Pretrial Conference and ordered Plaintiff's counsel to file his Motion for Fees on or before May 20, 2011. The Court noted that the parties have failed to notify the Court of their settlement and have left this case idle since July 2010. (Docket Item No. 78.)

On May 25, 2011, in light of the failure of Plaintiff's counsel to file his Motion for Fees, the Court issued an Order to Show Cause re. Dismissal for Lack of Prosecution. (Docket Item No. 79.) The Court converted the June 27, 2011 hearing on Plaintiff's Motion for Fees to a hearing on the Order to Show Cause, and ordered Plaintiff's counsel to show cause, both by actual appearance in

Court at the hearing and by certification filed with the Court on or before June 10, 2011, why this case should not be dismissed for failure to comply with the Court's Order.  (Id. at 1-2.)

On June 11, 2011, a day after the Court's deadline for filing the certification, Plaintiff's Counsel filed a Response to the Order to Show Cause.  (Docket Item No. 80.)  In his Response, Plaintiff's Counsel contends that a "malfunction" in his Google Calendar reminder system led him to lose track of the briefing deadline for his Motion for Fees.  (Id. at 1-2.)  Plaintiff's Counsel further contends that the "problem is now rectified" and that his Motion for Fees "will be filed on . . . June 13, 2011."  (Id. at 2.)  To date, however, Plaintiff's Counsel has not filed his Motion for Fees.

Plaintiff's Counsel's contention that an error with his calendar program constitutes a sufficient excuse for missing Court-imposed deadlines is misguided.  Under Ninth Circuit law, an attorney's "inadvertent failure to calendar" does not constitute a justifiable excuse for missing such deadlines.  See Wei v. State of Hawaii, 763 F.2d 370, 372 (9th Cir. 1985) (explaining that to allow a "simple averment that counsel inadvertently forgot about [a] time limit" to constitute an excuse for missing deadlines would vitiate any rule which is "intended to force parties and their attorneys to be diligent in prosecuting their causes of action," because an attorney "always could aver that he or she forgot" about the deadline).

In light of Plaintiff's Counsel's failure to comply with the Court's Orders and failure to file his Motion for Fees, as well as allowing this case to sit idly for almost a year, the Court DISMISSES this case for lack of prosecution.[1]

The Clerk shall close this file.

Dated: June 17, 2011

                                                  JAMES WARE  
                                                  United States District Chief Judge

---

[1] In light of the Court's disposition of the case, the Court VACATES the June 27, 2011 hearing on the Order to Show Cause.  It is worth noting that Plaintiff's counsel has been admonished by the Court on multiple occasions in similar cases pending before the Court for his lack of diligence in prosecuting cases.

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Adam Wang adamqwang@gmail.com
Adam Lee Pedersen alpedersen@gmail.com
John Gregory Downing john@downinglaw.com
Luan Thien Le ledowningllp@aol.com

**Dated:  June 17, 2011**                                              **Richard W. Wieking, Clerk**

**By:       /s/ JW Chambers
           Susan Imbriani
           Courtroom Deputy**